INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 6/24))

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

**1:26-cv-352-RLY-MG**

Case No.

_____

*(to be filled in by the Clerk's Office)*

**Michael A. Johnson**

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

**City of Indianapolis ;
Marion Co. Community Corrections**

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

**FILED**

FEB 20 2026 ᵇⁱᵗ

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**Demand for Jury Trial** **Yes** ☐**No**

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 6/24))

## I.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

**A.**    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

**B.**    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

5th and 14th Amendments to the U.S.C. and Ind. Code § 35-38-2.6-5 are being violated by State and Local official.

**C.**    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

NA

**D.**    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

On or about 9-30-2024 I, Michael Johnson was ordered to a Community Corrections pre-release program after paying a $60,000 surety Bond under cause # 49D27-2408-F3-024979 to get out of Jail. Michael A Johnson Argues that the Program he was placed on is a Sentencing Home Detention Program while he had not been found Guilty of anything Criminal.

Page 2 of 6

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 6/24))

While the Courts ordered Johnson to serve a sentence Community Correction was notified that the program was a sentence But refused to hear my Grievances or complaints. The State of Indiana City of Indianapolis and the Marion County Community Corrections have policies in sentences that violates justice and liberty guaranteed the Plaintiff Michael A. Johnson.

## II.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name        Michael A. Johnson
Address      5138 English Ave.
             Indpls.        IN        46219
                 *City*              *State*          *Zip Co*
County       Marion County
Telephone Number   317-379-5237
E-Mail Address   MichaelJohnsonmastertech1975@gmail.con

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name        City of Indianapolis
Job or Title *(if known)*   200 E. Washington St.
Address
             Indpls.        IN        46204
                 *City*              *State*          *Zip Code*
County       Marion County
Telephone Number
E-Mail Address *(if known)*   Indy.gov

☐ Individual capacity   ☒ Official capacity

Page 3 of 6

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 6/24))

Defendant No. 2
    Name
    Job or Title *(if known)*
    Address

Marion County Community
Corrections
200 E. Washington St.
Indpls          IN      46204
        *City*         *State*     *Zip code*

    County
    Telephone Number
    E-Mail Address *(if known)*

Marion County
317-327-1111
INDY.gov

☐ Individual capacity    ☒ Official capacity

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

NA

        *City*         *State*     *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

NA

☐ Individual capacity    ☐ Official capacity

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 6/24))

## III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

**A.**    Where did the events giving rise to your claim(s) occur?

The Events occured in Marion Co. at 5138 English Ave.

**B.**    What date and approximate time did the events giving rise to your claim(s) occur?

The Dates Begin on or About 8·24·24 AND Ended on or about 8·25·25

**C.**    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*



The Facts Are that the Plaintiff paid to get out of Jail to continue with living and fighting the underline Allegation Against him under 49D27-2408·F3·024979 And the Courts Sentenced him with the Program he was Placed on under the Supervision of Marion Co. Community Corrections. The Plaintiff has Evidence that he served a sentence from the above mentioned Dates when he had Never been found Guilty, from those Dates the Plaintiff was Denied, Jobs, Medical, Personal Hygene, Freedoms And liberties Guaranteed him. The Plaintiff can provide Names of persons Placed on the Exact same program serving sentences with the same restriction As I And I was not Convicted. I was Placed in Jail for stopping to use the Restroom, for doing my Job description, For Needing to do personal things. All of these Events Are pre recorded As Home Detention/GPS

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 12/16))

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I WAS Denied MeDicAl treatment For my Health By Community correctons. when I showed them that my BlooD pressure is out of control.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like for the State to Stop this self Harming practice AgAinst the citizens and I would like to be compensated For All Lost in Disrupting my Livelyhood. $6,000 Bond $10,000 LAwyer Fees All the inStross violatour for workin $100,000; w/Lost Job wAges and $700,000; in Damges.    Request $ 850,000 in DAmAses

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    2·20·24

Signature of Plaintiff

Printed Name of Plaintiff    Michael A Johnson